# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV226

| | |
|---|---|
| KAI SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| MES INTERNATIONAL, INC.; ) | |
| THOMAS K. FLAHERTY; ) | |
| ALEXANDER A. BELOKON; and ) | |
| GEORGE L. TOUCHTON, III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court to extend the temporary restraining order previously entered.

**IT IS, THEREFORE, ORDERED** that the Court's temporary restraining order, entered August 18, 2005, is hereby extended, pursuant to Rule 65(b) for good cause, up to and including, September 1, 2005, or until an earlier date by order of this Court, to allow adequate consideration of the pending motion for a preliminary injunction.

**Signed: August 26, 2005**

Lacy H. Thornburg
United States District Judge