IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04cv226-T

| | |
|---|---|
| KAI SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MES INTERNATIONAL, INC.; ) | |
| THOMAS K. FLAHERTY; ) | |
| ALEXANDER BELOKON; and ) | |
| GEORGE L. TOUCHTON III, ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING JOINT
MOTION TO ATTEND MEDIATION BY
TELEPHONE AND/OR VIDEO CONFERENCE**

HAVING CONSIDERED the parties' joint motion for consent to attend mediation by telephone and/or video conference (#52), and for good cause shown, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. Defendants Touchton and Belokon, and KAI representative, Iouri Stepanov, may attend mediation by telephone or video conference, as the technical capabilities allow.

**Signed: October 18, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge