# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:04CV226

| | |
|---|---|
| KAI SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| MES INTERNATIONAL, INC.; ) | |
| THOMAS K. FLAHERTY; ) | |
| ALEXANDER A. BELOKON; and ) | |
| GEORGE L. TOUCHTON, III, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' joint motion to stay these proceedings for 90 days in order to allow the parties to consummate the settlement reached during mediation on May 8 2006.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the joint motion to stay is **GRANTED**, and this matter is hereby stayed for 90 days; all deadlines in this case, including discovery deadlines and deadlines to submit information in connection with Defendants' costs associated with the

Motion for Protective Order, are extended for the 90-day period, up to and including August 10, 2006.

Signed: May 10, 2006

Lacy H. Thornburg
United States District Judge